[No. 5096–0–II.   Division Two.   February 29, 1984.]

*In the Matter of the Marriage of* JOSEPH J.
KONZEN, *Petitioner, and* GERALDINE H.
KONZEN, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79-3-01227-6, Waldo F. Stone, J., entered
September 26, 1980. *Affirmed as modified* by unpublished
opinion per Petrich, C.J., concurred in by Petrie and Wors-
wick, JJ.

[No. 5535–0–II.   Division Two.   February 29, 1984.]

PACIFIC NATIONAL BANK OF WASHINGTON, *as Executor,*
*Respondent,* v. C. RICKER JAMES, SR.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason
County, No. 14783, Robert J. Doran, J., entered April 10,
1981. *Affirmed* by unpublished opinion per Petrich, C.J.,
concurred in by Petrie and Worswick, JJ.

[No. 6203–8–II.   Division Two.   March 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEVI
GEORGE SOLITAIRE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 59738, William L. Brown, Jr., J., entered Feb-
ruary 5, 1982. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Petrich, C.J., and Reed, J.